UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
SEP 20 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. **4:18CR00775 RLW/PLC** |
| MANUEL FRANCISCO<br>a/k/a Manuel Francisco-Manuel, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about June 20, 2018, in Phelps County, in the Eastern District of Missouri,

**MANUEL FRANCISCO**
**a/k/a Manuel Francisco-Manuel,**

the defendant herein, then being an alien illegally and unlawfully in the United States, did knowingly possess one or more firearms which had previously traveled in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(5)(A), and punishable under Title 18, United States Code, Section 924(a)(2).

### COUNT TWO

The Grand Jury further charges that:

On or about June 20, 2018, in Phelps County, within the Eastern District of Missouri,

**MANUEL FRANCISCO**
**a/k/a Manuel Francisco-Manuel,**

the defendant herein, did knowingly possess a firearm, as that term is defined in Title 18, United States Code, Section 921 (a)(6) and Title 26, United States Code, Section 5845(a) that being a

Stevens model 94H, .410 bore sawed off shotgun bearing serial number A033797, which was not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5861(d) and 5871.

### COUNT THREE

The Grand Jury further charges that:

On or about June 20, 2018, in Phelps County, within the Eastern District of Missouri,

### MANUEL FRANCISCO
### a/k/a Manuel Francisco-Manuel,

the defendant herein, did knowingly possess an alien registration receipt card, also known as a form 1-551 permanent resident card, required for entry into and as evidence of authorized stay and employment in the United States, which the defendant knew to be forged, counterfeited, altered, falsely made, procured by means of any false claim or statement, and to have otherwise been procured by fraud.

In violation of Title 18, United States Code, Section 1546(a).

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
KENNETH R. TIHEN #37325MO
Assistant United States Attorney